IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PATSY McCLEAN, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-1220-N-BK |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Defendant filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The Court notes that to the extent Plaintiff attempts to object by incorporating earlier briefing by reference, *see* Plaintiff's Objections at 1, such objection is insufficiently specific. The remaining objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED August 1, 2011.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE